**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-1950**

JOE LOUIS ADAMS, JR.,

        Plaintiff - Appellant,

    v.

3D SYSTEMS, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Mary G. Lewis, District Judge.  (0:19-cv-00663-MGL)

Submitted:  April 7, 2025                                Decided:  May 7, 2025

Before WYNN and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Joe Louis Adams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joe Louis Adams, Jr., seeks to appeal the district court's text order referring the underlying matter to a magistrate judge to conduct mediation regarding the payment of sanctions and the return of confidential, proprietary, or trade secret information. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Adams seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Adams' motion to seal but dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*